```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```

MARQUESE JERRODDA ALLEN,

v.                                Case No. 8:18-cr-526-VMC-TGW
                                           8:22-cv-909-VMC-TGW

UNITED STATES OF AMERICA.

_____/

**ORDER**

This matter is before the Court on Defendant Marquese Jerrodda Allen's *pro se* 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence. (Civ. Doc. # 1; Crim. Doc. # 124).

Upon consideration of the Motion, and in accordance with the Rules Governing Section 2255 Cases in the United States District Courts, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Government shall show cause on or before **May 23, 2022,** why the relief sought in the Motion should not be granted.

(2) As part of the initial pleading required by paragraph (1) of this Order, the Government shall procure transcripts in accordance with Rule 5(b) of the Rules

1

      Governing Section 2255 Cases in the United States District Courts, if the transcripts are not on file.

(3) Henceforth, Defendant shall mail one copy of every pleading, exhibit and/or correspondence, along with a certificate of service indicating the date an accurate copy was mailed, to the Government listed in the bottom of this Order. **Should Defendant fail to include the required certificate of service the Clerk of this Court is directed to reject the document for filing and return the document without action**.

(4) Defendant shall advise the Court of any change of address. Failure to do so will result in the case being dismissed for failure to prosecute.

(5) Defendant may have 25 days to reply to the response.

      **DONE** and **ORDERED** in Chambers in Tampa, Florida, this 22nd day of April, 2022.

                                       VIRGINIA M. HERNANDEZ COVINGTON
                                       UNITED STATES DISTRICT JUDGE